UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert                                                                    Jane K. Castro
Clerk of Court                                                                        Chief Deputy Clerk

December 24, 2025

Anthony Trupia
605 SE 21st Street
Oklahoma City, OK 73129

**RE:**     **25-6172, Trupia v. Roberts, et al**
            Dist/Ag docket: 5:25-CV-00621-HE

Dear Appellant:

You have failed to comply with the requirements of Federal Rules of Appellate Procedure or
Tenth Circuit Rules in the following respects:

The prescribed fee for this appeal has not been paid, nor has a compliant motion for leave to
proceed on appeal without prepayment of costs and fees been filed with the court.

An entry of appearance has not been filed as required by 10th Cir. R. 46.1.

Please correct the stated deficiencies within seven days of the date of this letter. Please note
that if the documents are not filed, it is possible the appeal could be dismissed for failure to
prosecute under 10th Cir. R. 42.1.

Please contact this office if you have questions.

                                              Sincerely,

                                              Christopher M. Wolpert
                                              Clerk of Court


    cc:     Miguel A. Figueroa
            William H. Hoch III
            Justin Anthony Houppert
            Katherine McNeal Ogden
            Melanie Wilson Rughani

    CMW/djd